## Alexander *v.* The State.

APPEAL from the Circuit Court of Elmore.
Tried before the Hon. JOHN G. WINTER.

No counsel marked as appearing for appellant.

MASSEY WILSON, Attorney-General, for the State.

The appellant was indicted, tried and convicted for rape, and sentenced to the penitentiary for ten years. The judgment is affirmed.

Opinion by TYSON, J.

---

## *Ex parte* The Old Dominion Telegraph Company.

POWELL & BLACKBURN and McALPINE & ROBINSON, for petitioner.

B. B. BOONE, *contra.*

This was an original petition for *mandamus* addressed to the judges of the Supreme Court.
The petition for *mandamus* is denied.

Opinion PER CURIAM.

---

## Smith *v.* The State.

APPEAL from the Criminal Court of. Pike.
Tried before the Hon. T. L. BOROM.

No counsel marked as appearing for appellant.

MASSEY WILSON, Attorney-General, for the State.

The appellant in this case was indicted, tried and convicted for an assault and battery.
The judgment of conviction is affirmed.

Opinion by SHARPE, J.

43